UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   William Kleinbrahm,                          :
                                                    :    Case No. 13-41231 (CEC)
                    Debtor.           :
------------------------------------------------------- x
In re:                                              :
                                                    :    Chapter 13
   Jay Poe,                                     :
                                                    :    Case No. 13-41232 (CEC)
                    Debtor.           :
------------------------------------------------------- x
In re:                                              :
                                                    :    Chapter 13
   Truman Reddick,                              :
                                                    :    Case No. 13-41233 (CEC)
                    Debtor.           :
------------------------------------------------------- x
In re:                                              :
                                                    :    Chapter 13
   Soo Jung,                                    :
                                                    :    Case No. 13-41235 (CEC)
                    Debtor.           :
------------------------------------------------------- x
In re:                                              :
                                                    :    Chapter 13
   Eric Cooper,                                 :
                                                    :    Case No. 13-41236 (CEC)
                    Debtor.           :
------------------------------------------------------- x
In re:                                              :
                                                    :    Chapter 13
   Gabriel Rios,                                :
                                                    :    Case No. 13-41238 (CEC)
                    Debtor.           :
------------------------------------------------------- x
In re:                                              :
                                                    :
   Patricia Goff                                :    Chapter 13
                                                    :
                    Debtor.           :    Case No. 13-41247 (CEC)
------------------------------------------------------- x

```
------------------------------------------------------- x
In re:                                                  :    Chapter 13
                                                        :
    Vernon Dollahite,                                   :    Case No. 13-41349 (CEC)
                                                        :
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 13
    Napoleon Thomas II,                                 :
                                                        :    Case No. 13-41366 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 13
    Gary Gray,                                          :
                                                        :    Case No. 13-41399 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 13
    Charles Hubbard,                                    :
                                                        :    Case No. 13-41416 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 13
    Teresa Davis,                                       :
                                                        :    Case No. 13-41426 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 13
    Luke Scott,                                         :
                                                        :    Case No. 13-41427 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :
    Constance Tan,                                      :    Chapter 13
                                                        :
                                Debtor.                 :    Case No. 13-41477 (CEC)
------------------------------------------------------- x
```

```
------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 13
                                                        :
    Tina Restivo,                                       :   Case No. 13-41481 (CEC)
                                                        :
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :
                                                        :   Chapter 13
    Eugene Morris,                                      :
                                                        :   Case No. 13-41526 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 13
    Michael Plumhoff,                                   :
                                                        :   Case No. 13-41529 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 13
    Elizabeth Hoke,                                     :
                                                        :   Case No. 13-41606 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 13
    Carolyn V. Henderson,                               :
                                                        :   Case No. 13-41558 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 13
    Roberto Alcala,                                     :
                                                        :   Case No. 13-41681 (CEC)
                                Debtor.                 :
------------------------------------------------------- x
In re:                                                  :
                                                        :
    Charles Struckel,                                   :   Chapter 13
                                                        :
                                Debtor.                 :   Case No. 13-41715 (CEC)
------------------------------------------------------- x
```

```
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Carlos Hartsfield,                               :
                                                       :   Case No. 13-41797 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Jacqueline Snipes,                               :
                                                       :   Case No. 13-41846 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Anna Wheeler,                                    :
                                                       :   Case No. 13-41924 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Jerry Chase,                                     :
                                                       :   Case No. 13-41926 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Joseph Strong,                                   :
                                                       :   Case No. 13-41928 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Sharon Brantley,                                 :
                                                       :   Case No. 13-41929 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 13
      Michael Riley,                                   :
                                                       :   Case No. 13-41930 (CEC)
                              Debtor.                  :
------------------------------------------------------ x
```

```
-------------------------------------------------------   x
In re:                                                    :
                                                          :   Chapter 13
       Diane Bridges,                                     :
                                                          :   Case No. 13-41931 (CEC)
                                  Debtor.                 :
-------------------------------------------------------   x
In re:                                                    :
                                                          :   Chapter 13
       Rodolfo Guerrero,                                  :
                                                          :   Case No. 13-41960 (CEC)
                                  Debtor.                 :
-------------------------------------------------------   x
In re:                                                    :
                                                          :   Chapter 13
       Bradley Adams,                                     :
                                                          :   Case No. 13-41989 (CEC)
                                  Debtor.                 :
-------------------------------------------------------   x
```

# NOTICE OF MOTION AND MOTION OF THE UNITED STATES TRUSTEE MOTION FOR ORDER: (I) IMPOSING SANCTIONS AGAINST ALAN SHUCHATOWITZ, ESQ. UNDER BANKRUPTCY CODE SECTION 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011, (II) REQUIRING RETURN OF EXCESSIVE FEES UNDER BANKRUPTCY CODE SECTION 329(b), AND (III) FOR RELATED RELIEF

**NOTICE IS HEREBY GIVEN** that a hearing on the United States Trustee's motion for an order (1) imposing sanctions against Alan Shuchatowitz, Esq. under 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9011, and (2) requiring that Shuchatowitz return all fees as excessive under 11 U.S.C. § 329(b) (the "Motion") will be heard before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, on May 21, **2013 at 12:00 p.m.,** at the Conrad B. Duberstein Courthouse, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201. The United States Trustee seeks order imposing sanctions against Alan Shuchatowitz, Esq. under 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9011, and requiring that Shuchatowitz return all fees as excessive under 11 U.S.C. § 329(b). The Motion is based on the Memorandum of Law and Declaration of Marylou Martin concurrently filed.

**NOTICE IS FURTHER GIVEN** that any responses to the Motion shall be filed with the Court and served on the United States Trustee, 271 Cadman Plaza East, Suite 4529,

Brooklyn, New York 11201, Attention: Marylou Martin, Trial Attorney, so as to be received no later than seven days prior to the hearing date.   Responsive papers shall state, in writing, the factual grounds upon which the relief sought is opposed and the legal authorities that support the respondent's position, either in the response or in a memorandum of law.   Failure to provide this information may be grounds to strike the response or to grant the Motion by default.

Dated: Brooklyn, New York
          May 7, 2013

                          TRACY HOPE DAVIS
                          UNITED STATES TRUSTEE

                          By:    */s/ Marylou Martin*
                                 Marylou Martin (MM-9195)
                                 Trial Attorney

                          271 Cadman Plaza East, Suite 4529
                          Brooklyn, New York 11201
                          Tel. No. 718.422.2960
                          Fax No. 718.422.4990